UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**          CASE NUMBER: 04-043-CR-KESSLER

*Plaintiff,*

v.

**DARREN A. FERGUSON,**

*Defendant.*

_____/

## MOTION FOR CONTINUANCE OF TRIAL

The Defendant, DARREN FERGUSON, by and through his undersigned counsel, moves for a continuance of trial. In support thereof, the Defendant states the following:

1. Trial in this matter is presently scheduled to commence on Tuesday, September 11, 2007. The Jewish high holidays commence on Thursday, September 13, 2007 with Rosh Hashanah and conclude on September 23, 2007 with Yom Kippur. Alan R. Soven, Defendant's counsel, is of the Jewish religion, modern Orthodox and cannot work during the high holidays.

2. The undersigned has spoken with Robert Spelke who is also of the Jewish faith advises the government takes no position on the continuance of the Trial to the week of September 24, 2007.

WHEREFORE, the Defendant, Darren Ferguson, moves this Court for a continuance of trial.

United States of America v. Darren Ferguson
Case No.: 04-043-CR-Kessler

/s Alan R. Soven
Alan R. Soven (Florida Bar Number 259421)
soven@bellsouth.net
**Law Offices of Alan R. Soven**
777 Brickell Avenue
Suite 1210
Miami, Florida 33131
Telephone: (305) 373-4400
Facsimile:  (305) 381-7135
Attorneys for Defendant Darren Ferguson

## Certificate of Service

I hereby certify that on July 23, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Alan R. Soven
Alan R. Soven

## SERVICE LIST

United States of America v. Darren Ferguson
Case No.: 04-043-CR-Kessler
United States District Court, District of Columbia

| | |
|---|---|
| Carmen Colon | Robert Spelke |
| US Department of Justice | US Department of Justice |
| 1400 NY Ave NW, #8304 | 1400 NY Ave, NW, #8304 |
| Washington, DC 20005 | Washington, DC 20005 |

2